[16]

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEVIN BOHL, | : | |
| | : | Civil Action No. 03-5942 (FLW) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| FEDERAL EXPRESS CORPORATION, | : | |
| | : | |
| Defendant. | : | |

This matter having been opened to the Court upon the motion for summary judgment filed by Christopher J. Moran, Esq. and Dara P. Newman, Esq., attorneys for Defendant Federal Express Corporation; the Court having considered Defendant's moving and reply papers, and Plaintiff's opposition; this matter having been considered pursuant to Fed. R. Civ. P. 78; for the reasons expressed in the Court's Opinion filed herewith; and for good cause shown,

IT IS on this   3rd   day of June, 2005,

**ORDERED** that Defendant's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that the Clerk shall mark the case **CLOSED.**

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.